# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JOANNA NELSON, on behalf of herself and others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>TARGET NATIONAL BANK, NA,<br><br>        Defendant. | CONSOLIDATED CASE NO. 13-CV-741<br><br>JUDGE DAVID S. DOTY<br><br>MAG. JUDGE TONY N. LEUNG |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.7(a), Scott M. Berliant of Sidley Austin LLP withdraws as *pro hac vice* counsel for the Defendant Target National Bank, NA ("Defendant"). Attorneys from Sidley Austin LLP and Dykema Gossett PLLC have appeared on the Defendant's behalf and will still be the Defendants' counsel of record after Mr. Berliant's withdrawal.

September 11, 2014                                    Respectfully submitted,

                                                        /s/ *Scott M. Berliant*

                                                  Scott M. Berliant (*pro hac vice*)
                                                  sberliant@sidley.com
                                                  **SIDLEY AUSTIN LLP**
                                                  One South Dearborn
                                                  Chicago, IL 60603
                                                  Phone: (312) 853-7000

                                                  Brian Melendez #0233633
                                                  brian.melendez@dykema.com
                                                  **DYKEMA GOSSETT PLLC**
                                                  4000 Wells Fargo Center
                                                  90 South Seventh Street
                                                  Minneapolis, MN  55402
                                                  Phone:  (612) 486-1589

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification to all parties of record by operation of the Court's electronic filing system.

/s/  *Scott M. Berliant*_____