IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

JOANNA NELSON, on behalf of herself
and others similarly situated,

Consolidated No. 13-CV-741
(DSD/TNL)

Plaintiff,

v.

TARGET NATIONAL BANK, NA,

Defendant.

---

KECIA FRENCH, on behalf of herself and
others similarly situated,

Case No. 13-CV-2626 (DSD/TNL)

Plaintiff,

v.

TARGET NATIONAL BANK, NA,

Defendant.

---

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Joanna
Nelson and Kecia French ("Plaintiffs") and Defendant Target National Bank, NA
("Defendant") that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs voluntarily

dismiss the above-captioned lawsuit (1) with prejudice as to Plaintiffs' individual claims, and (2) without prejudice as to any putative class claims, with each party to bear their own attorneys' fees, costs and expenses except as may be otherwise agreed to by the parties.

STIPULATED, DATED AND RESPECTFULLY SUBMITTED this 26th day of September, 2014.

TERRELL MARSHALL DAUDT
  & WILLIE PLLC

By: /s/ Beth E. Terrell, *Admitted Pro Hac*
    *Vice*
    Beth E. Terrell, *Admitted Pro Hac Vice*
    Email: bterrell@tmdwlaw.com
    Michael D. Daudt, *Admitted Pro*
      *Hac Vice*
    Email: mdaudt@tmdwlaw.com
    Mary B. Reiten, *Admitted Pro Hac Vice*
    Email: mreiten@tmdwlaw.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603
    Facsimile: (206) 350-3528

    Alexander H. Burke, *Admitted Pro*
      *Hac Vice*
    Email: aburke@burkelawllc.com
    BURKE LAW OFFICES, LLC
    155 North Michigan Avenue, Suite 9020
    Chicago, Illinois 60601
    Telephone: (312) 729-5288
    Facsimile: (312) 729-5289

SIDLEY AUSTIN LLP

By: /s/ Alison V. Potter
    Alison V. Potter
    Email: apotter@sidley.com
    Mark B. Blocker
    Email: mblocker@sidley.com
    1 South Dearborn Street
    Chicago, Illinois 60603
    Telephone: (312) 853-7000
    Facsimile: (312) 835-7036

    Terry R. Lueckenhoff
    Email: tlueckenhoff@foxgalvin.com
    FOX GALVIN, LLC
    One South Memorial Drive, 12th Floor
    St. Louis, Missouri 63102
    Telephone: (314) 588-7000
    Facsimile: (314) 588-1965

    Brian Melendez
    Email: bmelendez@dykema.com
    DYKEMA GOSSETT, PLLC
    4000 Wells Fargo Center
    90 South Seventh Street
    Minneapolis, Minnesota 55402
    Telephone: (612) 486-1589
    Facsimile: (866) 637-2804

*Attorneys for Defendant*

Robert T. Healey
Email:  bob@healeylawllc.com
HEALEY LAW, LLC
640 Cepi Drive, Suite A
Chesterfield, Missouri  63005
Telephone:  (636) 536-5175
Facsimile:  (636) 590-2882

Joseph C. Hashmall (MN Bar
   # 0392610)
Email: jhashmall@nka.com
NICHOLS KASTER, PLLP
80 South Eighth Street, Suite 4600
Minneapolis, Minnesota  55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

*Attorneys for Plaintiff Joanna Nelson*

Todd M. Friedman
Email:
tfriedman@attorneysforconsumers.com
Nicholas J. Bontrager
Email:
nbontrager@attorneysforconsumers.com
LAW OFFICES OF TODD M.
   FRIEDMAN, P.C.
8730 Wilshire Boulevard, Suite 310
Beverly Hills, California  90211
Telephone:  (877) 206-4741
Facsimile:  (866) 633-0228

Abbas Kazerounian, *Admitted Pro Hac
   Vice*
Email:  ak@kazlg.com
Matthew M. Loker
Email:  ml@kazlg.com
KAZEROUNI LAW GROUP, APC
245 Fischer Avenue, Suite D1
Costa Mesa, California  92626
Telephone:  (800) 400-6808
Facsimile:  (800) 520-5523

Robert L. Hyde
Email:  bob@westcoastlitigation.com
Joshua B. Swigart, *Admitted Pro Hac
    Vice*
EMAIL:  josh@westcoastlitigation.com
HYDE & SWIGART
2221 Camino Del Rio South, Suite 101
San Diego, California  92108

*Attorneys for Kecia French*

<u>CERTIFICATE OF SERVICE</u>

I, Beth E. Terrell, hereby certify that on September 26, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Terry R. Lueckenhoff
Email:  tlueckenhoff@foxgalvin.com
FOX GALVIN, LLC
One South Memorial Drive, 12th Floor
St. Louis, Missouri  63102
Telephone:  (314) 588-7000
Facsimile:  (314) 588-1965

Alison V. Potter
Email:  apotter@sidley.com
Mark B. Blocker
Email:  mblocker@sidley.com
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, Illinois  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 835-7036

Brian Melendez
Email: bmelendez@dykema.com
DYKEMA GOSSETT, PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota  55402
Telephone:  (612) 486-1589
Fax:  (866) 637-2804

*Attorneys for Defendant*

DATED this 26th day of September, 2014.

TERRELL MARSHALL DAUDT & WILLIE PLLC

By:    /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
        Beth E. Terrell, *Admitted Pro Hac Vice*
        Email:  bterrell@tmdwlaw.com
        936 North 34th Street, Suite 300
        Seattle, Washington  98103-8869
        Telephone:  (206) 816-6603
        Facsimile:  (206) 350-3528

*Attorneys for Plaintiff Joanna Nelson*